# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139624-5

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ANTHONY NATHANIEL WATSON,
       Defendant-Appellant.

_____

SC     139624, 139625
CoA  292374, 292376
Wayne CC 08-004044-FC

     On order if the Chief Justice, defendant-appellant having requested that his application for leave to appeal be withdrawn, the application is DISMISSED with prejudice and without costs.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2010

                                       Clerk